**RECEIVED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUL 2 1 2016

JAMES N. HATTEN, Clerk
By Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION**

Traci Kimberly Ethridge
(Print your full name)

Plaintiff *pro se*,

v.

Cool Tech HUAC, Inc.
110 Northgate Industrial Drive
Ball ground, GA 30107

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:16-CV-2652**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓
_____    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

_____

_____

_____

_____

_____

2.    This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## **Parties**

3. Plaintiff.    Print your full name and mailing address below:

   Name        _TRAvi Kimberly Ethridge_

   Address     _1240 Seven Springs Circle_

   _Marietta GA 30068_

4. Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

   Name        _Cool Tech HVAC, Inc_

   Address     _11b Northgate Industrial Drive_
   _BAll ground GA 30107_

   Name        _____

   Address     _____

   _____

   Name        _____

   Address     _____

   _____

## **Location and Time**

5. If the alleged discriminatory conduct occurred at a location **different** from the address provided for defendant(s), state where that discrimination occurred:

   _August 7th 2015    n/a_

   _____

Page 3 of 9

6.   When did the alleged discrimination occur? (State date or time period)

_august 7th 2015_

## **Administrative Procedures**

7.   Did you file a charge of discrimination against defendant(s) with the EEOC or
     any other federal agency?          Yes            No

     If you checked "Yes," attach a copy of the charge to this complaint.

8.   Have you received a Notice of Right-to-Sue letter from the EEOC?

     Yes          No

     If you checked "Yes," attach a copy of that letter to this complaint and
     state the date on which you received that letter:

9.   If you are suing for **age discrimination**, check one of the following:

          60 days or more have elapsed since I filed my charge of age
          discrimination with the EEOC

          Less than 60 days have passed since I filed my charge of age
          discrimination with the EEOC

10.   If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

\_\_\_\_\_ Yes          \_\_✓\_ No          \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11.   If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

\_\_\_\_\_ Yes          \_\_✓\_ No          \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12.  The conduct complained about in this lawsuit involves (check only those that apply):

_____ failure to hire me
✓ failure to promote me
✓ demotion
_____ reduction in my wages
✓ working under terms and conditions of employment that differed from similarly situated employees
✓ harassment
✓ retaliation
✓ termination of my employment
✓ failure to accommodate my disability
_____ other (please specify) _Had  ADD  diagnosis_

13.  I believe that I was discriminated against because of (check only those that apply):

_____ my race or color, which is _____
_____ my religion, which is _____
_____ my sex (gender), which is _____ male _____ female
_____ my national origin, which is _____
_____ my age (my date of birth is _____)
_____ my disability or perceived disability, which is:

_____

_____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

_____ other (please specify) _____

_____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15.  Plaintiff _____ still works for defendant(s)
     ✓ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes _____ No

     If you checked "Yes," please explain: _____

     _____

     _____

     _____

     _____

17.  If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial.  Do you request a jury trial? ✓ Yes _____ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓    Defendant(s) be directed to  Stop garnishment
✓    formal apologies my good name & reputation
_____ returned
     Money damages (list amounts) _____
     5,000,000.00   five million dollars
✓    Costs and fees involved in litigating this case
     $15500.00

_____ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _21st_ day of _July_ , 20 _2016_

_Traci Ethridge_
(Signature of plaintiff *pro se*)

_Traci Ethridge_
(Printed name of plaintiff *pro se*)

_1240 Seven Springs Circle_
(street address)

_Marietta GA 30068_
(City, State, and zip code)

_Traci KEthridge @gmail.com_
(email address)

_770 480 0361_
(telephone number)

Page 9 of 9

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |
| | | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Traci Ethridge** | **470-599-9528** | **11/2/1967** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1240 Seven Springs Circle, Marietta, GA 30068** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Cool Tech HVAC, Inc. c/o President/CEO Preston Slayden, Sr.** | **15+** | **770-737-2525** |

| Street Address | City, State and ZIP Code |
|---|---|
| **110 N. Gate Ind. Drive, Ballground, GA 30107** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **8/7/15**   Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

1. I began working for Cool Tech HVAC in Service Dispatch in November 2007.
2. In March 2015, I was promoted to the position of Office Manager and expected to assume additional responsibilities in the workplace.
3. I also was diagnosed with a disability and put on medication that caused me to lose weight.
4. In July 2015, my employer required me to go for a drug screen.
5. I disclosed my prescriptions to the testing facility and tested positive for one of them.
6. When my employer learned of my prescription, I was deemed untrustworthy and incapable of performing my job. My job duties were removed, I was treated like a drug addict and when I would not admit that I had a problem with drugs and needed help, on August 7, 2015, I was terminated.
7. My employer disclosed my use of prescription medication to others without my consent.
8. I believe that my employer has violated the Americans with Disabilities Act of 1990, as amended, ("ADA") including discriminating against me on the basis of disability, record of disability and because I was regarded as disabled, and has retaliated against me in violation of the ADA.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/27/15 ___ *(Charging Party Signature)* Traa· Ethnidge<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |